UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., AS DEBTOR AND DEBTOR-IN-POSSESSION IN ITS CHAPTER 11 CASE IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 08-13555 (JMP),<br><br>Plaintiff,<br><br>-against-<br><br>BETHANY HOLDINGS GROUP, LLC, THE TERRY & ROSE KNUTSON 2000 FAMILY TRUST, and TERRY KNUTSON,<br><br>Defendants. | Case No. 10 Civ. 4373 (SHS)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kyle C. Bisceglie, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Lawrence C. Ecoff, Esq.
    Firm Name:    Ecoff, Law & Salomons, LLP
    Address:    280 South Beverly Drive, Suite 504
    City/State/Zip:    Beverly Hills, California 90212
    Phone Number:    (310) 887-1850
    Fax Number:    (310) 887-1855

Lawrence C. Ecoff, Esq. is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Lawrence C. Ecoff, Esq. in any State or Federal court.

1026249-1

2

Dated: New York, NY
       July 28, 2009

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Kyle C. Bisceglie (KB 6052)
*Attorneys for Defendants Terry Knutson
and Terry and Rose Knutson 2000
Family Trust*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
2

1026249-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., AS DEBTOR AND DEBTOR-IN-POSSESSION IN ITS CHAPTER 11 CASE IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 08-13555 (JMP), <br><br>               Plaintiff, <br><br> -against- <br><br> BETHANY HOLDINGS GROUP, LLC, THE TERRY & ROSE KNUTSON 2000 FAMILY TRUST, and TERRY KNUTSON, <br><br>               Defendants. | Case No. 10 Civ. 4373 (SHS) <br><br><br> AFFIDAVIT OF KYLE C. BISCEGLIE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

State of New York    )
                     ) ss:
County of New York   )

Kyle C. Bisceglie, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Olshan Grundman Frome Rosenzweig & Wolosky LLP, counsel for Defendants Terry Knutson and Terry and Rose Knutson 2000 ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Lawrence C. Ecoff, Esq. as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bars of the States of New York and New Jersey, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lawrence C. Ecoff, Esq. since 2009.

4. Lawrence C. Ecoff, Esq. is a member of Ecoff, Law & Salomons, LLP in Los Angeles, California.

5. I have found Lawrence C. Ecoff, Esq. to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

1026255-1

6. Accordingly, I am pleased to move for the admission of Lawrence C. Ecoff, Esq. pro hac vice.

7. I respectfully submit a proposed order granting the admission of Lawrence C. Ecoff, Esq. pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lawrence C. Ecoff, Esq. pro hac vice, in the above captioned matter, be granted.

Dated: New York, NY
July 28, 2010

Notarized:

Respectfully submitted,

_____
Kyle C. Bisceglie (KB 6052)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., AS DEBTOR AND DEBTOR-IN-POSSESSION IN ITS CHAPTER 11 CASE IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 08-13555 (JMP),<br><br>Plaintiff,<br><br>-against-<br><br>BETHANY HOLDINGS GROUP, LLC, THE TERRY & ROSE KNUTSON 2000 FAMILY TRUST, and TERRY KNUTSON,<br><br>Defendants. | Case No. 10 Civ. 4373 (SHS)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE |

Upon the motion of Kyle C. Bisceglie, attorney for Defendant Terry Knutson, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Lawrence C. Ecoff, Esq. |
| Firm Name: | Ecoff, Law & Salomons, LLP |
| Address: | 280 South Beverly Drive, Suite 504 |
| City/State/Zip: | Beverly Hills, California 90212 |
| Telephone/Fax: | (310) 887-1850/(310) 887-1855 |
| Email Address: | ecoff@ecofflaw.com |

is admitted to practice pro hac vice as counsel for Defendants Terry Knutson and Terry and Rose Knutson 2000 Family Trust in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall

1026254-1

immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____<br>
United States District/Magistrate Judge

| | |
|---|---|
| **THE STATE BAR OF CALIFORNIA** | MEMBER SERVICES CENTER |
| 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617 | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

July 21, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAWRENCE CRAIG ECOFF, #143814 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., AS DEBTOR AND DEBTOR-IN-POSSESSION IN ITS CHAPTER 11 CASE IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 08-13555 (JMP),<br><br>                             Plaintiff,<br><br>-against-<br><br>BETHANY HOLDINGS GROUP, LLC, THE TERRY & ROSE KNUTSON 2000 FAMILY TRUST, and TERRY KNUTSON,<br><br>                            Defendants. | Case No. 10 Civ. 4373 (SHS)<br><br>CERTIFICATE OF SERVICE |

I, Howard J. Smith, am not a party to the above-entitled action and am over the age of 18 years, and herby certify under penalty of perjury that on July 28, 2010, I caused to be served true and correct copies of the Motion to Admit Counsel Pro Hac Vice, Affidavit of Kyle C. Bisceglie in Support of Motion to Admit Counsel Pro Hac Vice and the proposed Order for Admission Pro Hac Vice on Written Motion upon:

>Dechert LLP
>Joseph F. Donley, Esq.
>David P. Staubitz
>1095 Avenue of the Americas
>New York, NY 10036-6797

by depositing true copies thereof, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

1026256-1

Date:   New York, New York
        July 28, 2010

                                    _____
                                    Howard J. Smith

1026256-1

2