USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEHMAN BROTHERS HOLDINGS INC., AS DEBTOR AND DEBTOR-IN-POSSESSION IN ITS CHAPTER 11 CASE IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 08-13555 (JMP),

                    Plaintiff,

-against-

BETHANY HOLDINGS GROUP, LLC, THE TERRY & ROSE KNUTSON 2000 FAMILY TRUST, and TERRY KNUTSON,

                    Defendants.

Case No. 10 Civ. 4373 (SHS)

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

---

    Upon the motion of Kyle C. Bisceglie, attorney for Defendant Terry Knutson, and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Lawrence C. Ecoff, Esq. |
| Firm Name: | Ecoff, Law & Salomons, LLP |
| Address: | 280 South Beverly Drive, Suite 504 |
| City/State/Zip: | Beverly Hills, California 90212 |
| Telephone/Fax: | (310) 887-1850/(310) 887-1855 |
| Email Address: | ecoff@ecofflaw.com |

is admitted to practice pro hac vice as counsel for Defendants Terry Knutson and Terry and Rose Knutson 2000 Family Trust in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall

1026254-1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: NY, NY
Aug 2, 2010

_____
United States District/~~Magistrate Judge~~